JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEMY CARDONA DE MEDRANO,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Comissioner of Social Security Administration,<br><br>Defendant. | Case No. CV 11-2206-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: February 1, 2012

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE