JS –6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NOEMY CARDONA DE MEDRANO,

    Plaintiff,

      v.

MICHAEL J. ASTRUE, Comissioner
of Social Security Administration,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-2206-SP

**JUDGMENT**

    Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: February 1, 2012

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE